# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**RAY MAGSBY**                                                                                         **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 4:20CV00022-DMB-JMV**

**ALLSTATE VEHICLE AND PROPERTY**
**CASUALTY INSURANCE COMPANY, ET AL.**                       **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Civ.R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

Plaintiff filed a motion to remand [5] on February 14, 2020. Accordingly, the proceedings enumerated in Local Rule 16(b)(1)(B), along with the case management conference, are, hereby, **STAYED** pending a decision on the motion to remand.

**THIS**, the 19th day of February, 2020.

                                                                /s/ Jane M. Virden
                                                                U. S. Magistrate Judge