## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**RAY MAGSBY**                                                                    **PLAINTIFF**

**V.**                                                          **NO. 4:20-CV-22-DMB-JMV**

**ALLSTATE VEHICLE AND PROPERTY**
**INSURANCE COMPANY and**
**CALHOON AGENCY, LLC**                                               **DEFENDANTS**

### <u>ORDER</u>

Both Ray Magsby and Allstate Vehicle and Property Insurance Company filed motions in limine seeking to exclude certain evidence from trial. Docs. #49, #54, #55. The motions in limine, however, violate this Court's Local Rules in multiple ways.

Magsby's five-page motion in limine includes legal argument and exceeds the page limit imposed by the Local Rules. *See* Doc. #49; L.U. Civ. R. 7(b)(2)(B) ("Other than discovery motions under Rule 37, a motion may not exceed four pages, excluding exhibits, may contain only the grounds for the request and may not contain legal argument or citations to case law or other secondary authority."). Allstate's first motion in limine also exceeds the page limit and contains legal argument and case citations. *See* Doc. #54. And Allstate failed to file a memorandum brief in support of either of its motions. *See* L.U. Civ. R. 7(b)(4) ("[C]ounsel for movant *must* file a memorandum brief in support of the motion.") (emphasis added). Due to these procedural deficiencies, the motions in limine [49][54][55] are **DENIED without prejudice**. Within the deadline set by the case management order,[1] the parties may refile their motions in limine in compliance with the Local Rules. If refiled, no new arguments may be raised.

---

[1] *See* Doc. #18 ("The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference."); Doc. #72 (setting pretrial conference for January 31, 2022).

**SO ORDERED**, this 22nd day of December, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**